POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SO CAL EQUAL ACCESS GROUP<br>JASON KIM (SBN: 190246)<br>101 SOUTH WESTERN AVENUE SECOND FLOOR<br>LOS ANGELES, CA 90004<br>TELEPHONE NO: (213) 205-6560　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: RIGOBERTO LOPEZ | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles | |
|---|---|
| STREET ADDRESS: 350 West 1st Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: FIRST STREET U.S COURTHOUSE | |

| PLAINTIFF / PETITIONER: RIGOBERTO LOPEZ<br>DEFENDANT / RESPONDENT: KEVIN KIM | CASE NUMBER:<br>2:26-cv-00926 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>15137585 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:　　　　　　　　　　　(Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
   a. **[X]** summons
   b. **[X]** complaint
   c. **[ ]** Alternative Dispute Resolution (ADR) package
   d. **[X]** Civil Case Cover Sheet *(served in complex cases only)*
   e. **[ ]** cross-complaint
   f. **[X]** other *(specify documents)*: CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. a. Party served *(specify name of party as shown on documents served)*:
      KEVIN KIM
   b. **[ ]** Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   2931 BEVERLY BOULEVARD, 1, LOS ANGELES, CA 90057

5. I served the party *(check proper box)*
   a. **[X]** **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Thu, Mar 05 2026　　　(2) at *(time)*: 04:22 PM
   b. **[ ]** **by substituted service**. On *(date)*:　　　　at *(time)*:　　　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) **[ ]** **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) **[ ]** **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) **[ ]** **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) **[ ]** I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
          from *(city)*:　　　　　　　　　　　　　or **[ ]** a declaration of mailing is attached.
      (5) **[ ]** I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

| PLAINTIFF / PETITIONER: RIGOBERTO LOPEZ | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: KEVIN KIM | 2:26-cv-00926 |

5.  c. ☐ **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)*:             (2)  from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify)*:

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |

7.  **Person who served papers**

  a.  Name:         MICHAEL RODGERS

  b.  Address:      440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786

  c.  Telephone number:  909-850-5242

  d.  **The fee** for service was:

  e.  I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ a registered California process server:

        (i) ☐ owner  ☐ employee  ☒ independent contractor

        (ii)  Registration No:  833

        (iii)  County:  SAN BERNARDINO

8.  ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 03/06/2026

MICHAEL RODGERS

_____

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____

(SIGNATURE)